UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>EVELYN ALVARADO NEGRON<br><br>DEBTOR (S) | CASE NO. 15-03594-BKT<br><br>CHAPTER 13 |

Trustee's Position
Regarding AUTHORIZATION TO OBTAIN POST PETITION SBA LOAN

TO THE HONORABLE COURT:

    NOW COMES José R. Carrión, Chapter 13 Trustee, through the undersigned and very respectfully alleges and prays:

    1. The Trustee has no opposition to: AUTHORIZATION TO OBTAIN POST PETITION SBA LOAN.(Docket # 27 ).

    WHEREFORE the Trustee respectfully requests this Honorable Court to take notice of the abovementioned and enter the order it deems appropriate.

    CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certified that a copy of this motion has been served on this same date, to their respective address of record to: Debtor(s), to their counsel and to all those parties in interest who have filed a notice of appearance by First Class Mail if not an ECFS register user.

    In San Juan, Puerto Rico this Monday, October 1, 2018.

/s/ Nannette Godreau -Staff Attorney
JOSE R. CARRION
CHAPTER 13 TRUSTEE
P.O. Box 9023884, Old San Juan Sta.
San Juan, P.R. 00902-3884
Tel (787)977-3535  FAX (787)977-3550